USDC ...
DOCU...
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-11-2015

## REQUEST FOR COURT ACTION / DIRECTION

TO: Honorable Laura Taylor Swain
U.S. District Judge

OFFENSE: Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, 21 USC 846, a Class B Felony.

ORIGINAL SENTENCE: Sixty (60) months of imprisonment, followed by forty-eight (48) months of supervised release.

FROM: Amber Wilton
U.S. Probation Officer

SPEC. CONDITIONS: 1) Defendant must participate in a substance abuse treatment program approved by the U.S. Probation Office, which program may include testing to determine whether the defendant has reverted to using drugs or alcohol. The Court authorizes the release of available drug treatment evaluations and reports to the substance abuse treatment provider, as directed by the Probation Officer. Defendant will be required to contribute to the costs of services rendered (co-payment), in an amount determined by the Probation Officer, based on ability to pay or availability of third-party payment. 2) Defendant must submit defendant's person, residence, place of business, vehicle, or any other premises under defendant's control to a search on the basis that the Probation Officer has reasonable belief that contraband or evidence of a violation of the conditions of the release may be found. The search must be conducted at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation. Defendant must inform any other residents that the premises may be subject to search pursuant to this condition. 3) Defendant is to report to the nearest Probation Office within 72 hours of release from custody. 4) Defendant is to be supervised by the district of residence.

AUSA: Rachel Kovner
Def. Counsel: Lee Ginsberg
MED: July, 1, 2019

RE: Anthony Natiello
Docket # 1:11CR622-01 (LTS)

Anthony Natiello                                   Docket Number: 1:11CR622-01(LTS)
                                                                  P61310/AW

DATE OF SENTENCE:   June 1, 2012

DATE:   July 27, 2015

ATTACHMENTS:   PSI X   JUDGMENT X   PREVIOUS REPORTS
               VIOLATION PETITION

REQUEST FOR:   WARRANT____   SUMMON____   COURT DIRECTION  X

## TRANSFER OF JURISDICTION

Reference is made to the above named offender who was sentenced by Your Honor as indicated above. In addition, the Court ordered a $100 special assessment fee. According to OPERA, Mr. Natiello has paid his special assessment fee in full on July 11, 2012. On July 2, 2015, Mr. Natiello was released from custody and began his term of supervision in the Middle District of Tennessee. Mr. Natiello is currently being supervised by U.S. Probation Officer (USPO) Jon R. Hahn in the Middle District of Tennessee based on his residency in Franklin, Tennessee.

On July 7, 2015, our office received correspondence from USPO Hahn requesting that we initiate a Transfer of Jurisdiction based on the offender's residence in Franklin, Tennessee.

RECOMMENDATION

Inasmuch as the offender resides within the confines of Tennessee and has no plans to return to the Southern District of New York, we respectfully recommend that jurisdiction of the offender's case be transferred to the Middle District of Tennessee. This will ensure that all matters of the Court will be handled in an expeditious manner.

Should Your Honor grant our request, we ask that four (4) copies of the Probation 22 be signed and returned to our office in order to initiate the transfer process.

Anthony Natiello                                Docket Number: 1:11CR622-01(LTS)
                                                                    P61310/AW

We stand ready to execute the orders of the Court and have attached a response page in order to facilitate Your Honor's reply.

                                        Respectfully submitted,

                                        Michael J. Fitzpatrick
                                        Chief U.S. Probation Officer

By: _____
                                        Amber Wilton
                                        U.S. Probation Officer
                                        212-805-5199

Approved by: _____
              Enid Febus
              Supervisory U.S. Probation Officer

Date: 7/28/15

Anthony Natiello

Docket Number: 1:11622CR-01 (LTS)
P61310/AW



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION DEPARTMENT

## *JUDICIAL RESPONSE*

THE COURT ORDERS:

[✓]  Transfer of Jurisdiction to the Middle District of Tennessee **APPROVED**

[ ]  Transfer of Jurisdiction to the Middle District of Tennessee **DENIED**

[ ]  Other

_____
Signature of Judicial Officer

9/11/2015
Date